OPINION — AG ** OKLAHOMA ENTERPRISE ZONE — CONSTITUTIONALITY ** (1) THE "OKLAHOMA ENTERPRISE ZONE ACT" DOES `NOT' VIOLATE, ON ITS FACE, ARTICLE X, SECTION 14, ARTICLE X, SECTION 17, ARTICLE X, SECTION 19 (2) GENERAL OBLIGATION BONDS PROVIDED FOR UNDER THE ENTERPRISE ZONE ACT MAY BE ISSUED PURSUANT TO ARTICLE X, SECTION 26 AND MAY CONCEIVABLY BE ISSUED ARTICLE X, SECTION 35, BUT ONLY IF THE PROCEEDS ARE USED FOR LOANS TO INDUSTRIAL ENTERPRISES, THE ENTERPRISE DISTRICT CONSISTS OF ONLY ONE COUNTY, AND THE REQUIREMENTS IN THE ENTERPRISE ZONE ACT AND THE LIMITATIONS OF ARTICLE X, SECTION 35 ARE BOTH SATISFIED. (BOARD OF COUNTY COMMISSIONERS, BOND ELECTION, PUBLIC BODY, PUBLIC OFFICIALS, GENERAL OBLIGATION BONDS, PUBLIC FUNDS, TAXES, PLEDGE CREDIT OF THE STATE, TAX LEVY) CITE: 19 O.S. 384 [19-384], 19 O.S. 387 [19-387], 62 O.S. 498.1 [62-498.1], 40 O.S. 1-103 [40-1-103], 62 O.S. 690.1 [62-690.1] — 62 O.S. 690.17 [62-690.17], 62 O.S. 690.2 [62-690.2], 62 O.S. 690.3 [62-690.3], 62 O.S. 690.4 [62-690.4](C), 62 O.S. 690.6 [62-690.6], 62 O.S. 690.7 [62-690.7], 62 O.S. 690.9 [62-690.9], 62 O.S. 690.10 [62-690.10], 62 O.S. 690.11 [62-690.11], 62 O.S. 690.11 [62-690.11](D), 62 O.S. 690.13 [62-690.13], 62 O.S. 690.14 [62-690.14], 62 O.S. 690.15 [62-690.15], 74 O.S. 851 [74-851] — 74 O.S. 878 [74-878], 74 O.S. 1001 [74-1001] ET SEQ., OPINION NO. 77-228, ARTICLE X, SECTION 34 ARTICLE X, SECTION 19, ARTICLE X, SECTION 15, ARTICLE X, SECTION 17 (GEORGE R. BARR JR)